IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERONICA M., | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:19-CV-942-S-BK |
| | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 17, is **DENIED**, Defendant's motion, Doc. 18, is **GRANTED**, and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

SIGNED September 24, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE